UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC ELBEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ASOTIN COUNTY COURT,<br><br>　　　　　　Defendant. | NO. CV-12-597-JLQ<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed January 15, 2013, the Court instructed Mr. Elben, a *pro se* prisoner at the Asotin County Jail, to comply with 28 U.S.C. § 1915(a)(2) by submitting a certified copy of his trust fund account statement (or institutional equivalent) for the 6-months immediately preceding the filing of the complaint. Plaintiff did not do so and has filed nothing further in this action. Accordingly, **IT IS ORDERED** the complaint is **DISMISSED without prejudice** for failure to comply with the filing fee requirements of 28 U.S.C. § 1914 and 1915.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this 15th day of February 2013.

　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1