AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ERIC ELBEN,

    Plaintiff,

v.

ASOTIN COUNTY COURT,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-597-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is hereby dismissed without prejudice for failure to comply with the filing fee requirements of 28 U.S.C. Sections 1914 and 1915. Judgment is hereby entered in favor of Defendant.

February 15, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb